UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>    Plaintiff,  )<br>  )<br>    v.  )<br>  )<br>CAMERON BRANDON SHEA,  )<br>  )<br>    Defendant.  )<br>_____ ) | CASE NO. MJ 20-088<br><br>DETENTION ORDER |

<u>Offense charged</u>:   Conspiracy to Mail Threatening Communications and Commit Cyberstalking

<u>Date of Detention Hearing</u>:   February 26, 2020.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

        FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

    1.    Defendant and three alleged co-conspirators are charged by Complaint with

DETENTION ORDER
PAGE -1

threatening journalists and activists, particularly Jews and other minorities, with the intent to cause fear of bodily harm, harass, intimidate and retaliate against unfavorable reporting.

2. Defendant was not interviewed by Pretrial Services. Therefore, much of his background information is unknown or unverified. Defendant does not contest detention at this time. He was advised that a request to review a Detention Order requires new and material evidence not reasonably available at this time.

3. Defendant poses a risk of nonappearance based on lack of verified background information. Defendant poses a risk of danger based on the nature and circumstances of the offense.

4. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and
4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services

01    Officer.

02        DATED this 26th day of February, 2020.

03

04                                    _____
                                      Mary Alice Theiler
05                                    United States Magistrate Judge

DETENTION ORDER
PAGE -3