AO 442 (Rev. 11/11) Arrest Warrant

```
                                                        ____FILED      ____ENTERED
                                                        ____LODGED     ____RECEIVED
```

# UNITED STATES DISTRICT COURT
## for the
### Western District of Washington

MAR 04 2020   SP

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY_____DEPUTY

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. MJ20-088 (1) |
| Cameron Shea | ) | |
| Defendant | ) | |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*     Cameron Shea

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy, in violation of Title 18, United States Code, Section 371.

Date: 2/25/20

_____
*Issuing officer's signature*

City and state:   Seattle, Washington

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 2/25/20, and the person was arrested on *(date)* 2/26/20
at *(city and state)* SEATTLE, WA

Date: 2/26/20

_____
*Arresting officer's signature*

SA FBI
*Printed name and title*

USAO# 2018R00225