The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CAMERON SHEA *et al.*,<br><br>　　　　　Defendants. | NO. CR20-032JCC<br><br>GOVERNMENT'S MOTION REQUESTING CONTINUANCE OF TRIAL DATE<br><br>Noted: April 10, 2020 |

**A.　Introduction.**

On March 17, 2020, the United States District Court for the Western District of Washington issued General Order No. 02-20 to address identified and anticipated impacts arising from a community outbreak of Coronavirus Disease 2019 (COVID-19).  Citing guidance issued by public health officials, and documented risks to public gatherings and travel, the Order continued all criminal matters scheduled prior to June 1, 2020, pending further Order of the Court.  The Order stated that:

> the time period of the continuances implemented by this General Order will be excluded under the Speedy Trial Act, as the Court specifically finds that the ends of justice served by ordering the continuances outweigh the best interests of the public and any defendant's right to a speedy trial, pursuant to 18 U.S.C. § 3161(h)(7)(A).

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

General Order No. 02-20 at 2.  The Court noted in conclusion that the General Order would be vacated or amended no later than April 15, 2020.  As set forth below, the circumstances underlying the delay of trial and related dates in the General Order are acute in this particular case.  The Court should enter the attached, proposed order setting a status conference in June to establish the trial date, and excluding all time from the Speedy Trial clock from the date of this motion until the status conference.

### B. Limited Defense Counsel Access to the FDC SeaTac and the Scope of Discovery.

Defendants Shea and Cole are detained at the Federal Detention Center SeaTac while they await trial.  The government understands that on March 16, 2020, the Bureau of Prisons announced the following:

- legal visitations at the Federal Detention Center SeaTac have been suspended "for at least the next 30 days";

- attorneys may request special legal visits, which BOP will considered on a case-by-case basis;

- special legal visits, if approved by BOP, will require attorneys "to undergo screening prior to entry into the institution, including self-reporting and temperature check"; and

- BOP "strongly encourages" attorneys to request a confidential legal phone call rather than requesting a special legal visit.

These restrictions will make it impossible for defense counsel for Shea and Cole to adequately prepare for trial by the current trial date of April 27, 2020.  On March 25, 2020, the government produced its initial discovery in the case.  The discovery is voluminous, comprising of over 25,000 separate files, many of which are extensive video and audio recordings.  Some of these materials are subject to a protective order that prohibit leaving the materials with the defendants at FDC SeaTac.  In addition, the government is continuing to gather additional discovery for production.  Furthermore, the government seized numerous

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

digital devices pursuant to search warrants. Those devices are still being examined, a process that will take a substantial period of time.

In addition, on February 26, 2020, two other defendants, Taylor Ashley Parker-Dipeppe and Johnny Garza, were arrested in the Middle District of Florida, and the District of Arizona, respectively. The two defendants did not make their appearance in this District until March 27, 2020.

### C. Current COVID-19 outbreak and rapidly evolving public health response

The public health crisis and corresponding impacts that prompted General Order No. 02-20 remain largely unmitigated. To the contrary, COVID-19 is spreading throughout the region, and the risk of exposure is increasing. Government officials at every level have declared public health emergencies in an effort to insure crisis response efforts address public safety concerns.[1] Public health experts uniformly recognize that immediate steps be imposed to reduce transmission rates and preserve limited healthcare resources. Those steps include canceling large gatherings, practicing social-distancing measures in smaller gatherings, promoting telework opportunities, limiting travel, and avoiding close contact with persons at elevated risk of infection, including older adults and persons with chronic medical conditions (heart disease, diabetes, lung disease).[2] Indeed, on March 23, 2020, the

---

[1] State of Washington/Proclamation 20-07 by the Governor Amending Proclamations 20-05 and 20-06, (https://www.governor.wa.gov/sites/default/files/20-07%20Coronavirus%20(tmp).pdf ); City of Seattle/Mayoral Proclamation of Civil Emergency (https://durkan.seattle.gov/wp-content/uploads/sites/9/2020/03/COVID-19-Mayoral-Proclamation-of-Civil-Emergency.pdf); United States/Proclamation on Declaring a National Emergency Concerning the Novel Coronavirus Disease (COVID-19) Outbreak (https://www.whitehouse.gov/presidential-actions/proclamation-declaring-national-emergency-concerning-novel-coronavirus-disease-covid-19-outbreak/). All websites cited in this motion were last visited on March 16, 2020.

[2] https://www.cdc.gov/coronavirus/2019-ncov/prepare/prevention.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fabout%2Fprevention.html; https://www.cdc.gov/coronavirus/2019-ncov/community/large-events/index.html; https://kingcounty.gov/depts/health/communicable-diseases/disease-control/novel-coronavirus/group-limits.aspx; https://www.kingcounty.gov/depts/health/communicable-diseases/disease-control/novel-coronavirus/protection.aspx.

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

Governor for the State of Washington issued an order directing that individuals in the State shelter in place at least until April 6, 2020.[3]

The number of confirmed cases of COVID-19 within the Puget Sound region alone increases daily.[4]  Experts predict the rate of infection will continue rising with most of the U.S. population being exposed to the virus.[5]  Washington State is one of a number states currently experiencing sustained community spread.[6]  Most of the cases in the State have occurred in the Western District of Washington, and most in the counties from which the jury pool in this case would be drawn.

It is impossible to predict public health conditions and corresponding social impacts associated with the outbreak.  At a minimum, we can reasonably assume that the exposure-mitigation measures currently mandated by state and local officials will remain active for the next six to eight weeks, if not longer.

### D. The impact of the COVID-19 outbreak and response on trial preparation and trial proceedings

The realized and projected impacts from the COVID-19 outbreak on trial preparations and trial proceedings are substantial.  These impacts warrant a continuance of the current trial date.

*First*, the visitation restrictions at the Federal Detention Center will limit counsel's ability to meet with the defendants ahead of the scheduled trial.  In addition, recommended risk reduction measures will curtail the government's ability to meet with witnesses.  Several anticipated witnesses reside outside the Puget Sound region.  And although telephonic contacts can be arranged, direct personal contact is strongly preferred to review relevant documents.

---

[3] State of Washington Proclamation 20-25 by the Governor, https://www.governor.wa.gov/sites/default/files/proclamations/20-25%20Coronovirus%20Stay%20Safe-Stay%20Healthy%20%28tmp%29%20%28002%29.pdf
[4] https://www.doh.wa.gov/Emergencies/Coronavirus.
[5] https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/summary.html.
[6] *Id.*

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 4

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

*Second*, the government and the Federal Public Defender's Office has encouraged personnel to telework in an effort to both reduce personal exposure and limit transmission risk to coworkers, consistent with the Governor's shelter-in-place order. Convening even small gatherings has been discouraged.

*Third*, government counsel anticipates—based on discussions with colleagues who have April trials—that trial witnesses in this case will raise health and safety concerns associated with traveling to, and participating in, trial proceedings in the Puget Sound region. These are legitimate concerns given the high number of confirmed COVID-19 cases identified in this region.

*Fourth*, as for trial proceedings, it is fair to assume that either the Governor's shelter-in-place order, or similar social-distancing restrictions, will remain in place through what would have been the trial preparation period, and potentially through the trial date as well. Compliance with these directives will make it impossible to select a jury and proceed with a trial.

*Finally*, impaneling a jury that represents a fair cross-section of the community will likely be very difficult given the anticipated progression of the COVID-19 outbreak.[7] Policies governing jury service in some jurisdictions were recently amended to allow prospective jurors to be excused if they met any of the following criteria: chronic health conditions such as heart disease, lung disease, or diabetes; weakened immune system; pregnancy; age 60 or older; and sick or recently been in contact with someone who is sick.[8] Adopting a similar policy in this Court would dramatically restrict the pool of prospective jurors. Moreover, child care issues due to the closure of all schools will also impact this question.

---

[7] Washington State Superior Courts in King, Snohomish, and Pierce counties have suspended all jury trials through at least April 24, 2020. https://www.seattletimes.com/seattle-news/crime/king-county-superior-court-suspends-criminal-jury-trials-until-april-wont-be-sending-out-juror-summons/.
[8] https://www.kingcounty.gov/courts/superior-court.aspx.

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 5

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**E. Conclusion.**

The government therefore respectfully request the following:

- The Court should **vacate the current date** in the case.
- The Court should **set a status hearing** on or after June 1, 2020.  At that status hearing, the Court can set a new trial date after considering the relevant factors, including the Court's calendar and the current status and collateral consequences of the ongoing public health crisis.
- Finally, the Court should **exclude all time between the filing of this motion and the date of the status conference**.  The Court should enter a new order under 18 U.S.C. § 3161(h)(7)(A) extending through the date of the status conference, and finding that the ends of justice served by continuing the trial in this case outweigh the best interest of the public and the defendants to a speedy trial.

Dated this 30th day of March, 2020.

        Respectfully submitted,

        BRIAN T. MORAN
        United States Attorney

        */s/ Thomas M. Woods*
        THOMAS M. WOODS
        Assistant United States Attorney
        United States Attorney's Office
        700 Stewart Street, Suite 5220
        Seattle, Washington 98101-3903

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 6

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |

I hereby certify that on March 30, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: (206) 553-4345
Fax:     (206) 553-4440
E-mail: Salee.Porter@usdoj.gov

Motion to Continue Trial
*United States v. Shea et al.*, CR20-032JCC – 7

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970