Presented to the Court by the foreman of the
Grand Jury in open Court, in the presence
of the Grand Jury and FILED in the U.S.
DISTRICT COURT at Seattle, Washington

August 5, 2020

WILLIAM M. McCOOL, Clerk

By _____ Deputy

The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON BRANDON SHEA,<br>KALEB J. COLE,<br>TAYLOR ASHLEY PARKER-DIPEPPE,<br>JOHNNY ROMAN GARZA,<br><br>Defendants. | NO. CR20-032JCC<br><br>**SUPERSEDING INDICTMENT** |

The Grand Jury charges that:

## COUNT 1
### (Conspiracy to Mail Threatening Communications, to Commit Stalking, and to Interfere with Federally Protected Activities )

Beginning at a time unknown, but not later than November 2019, and continuing until on or about February 26, 2020, at King County, within the Western District of Washington, and elsewhere, CAMERON BRANDON SHEA, KALEB J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA, along with others known and unknown, did knowingly and willfully conspire, combine, confederate, and agree to commit offenses against the United States, to wit: Mailing Threatening

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  Communications, in violation of Title 18, United States Code, Section 876(c); Stalking,

2  in violation of Title 18, United States Code, Section 2261A; and Interfering with

3  Federally Protected Activities, in violation of Title 18, United States Code, Section 245.

4  **A. Object of the Conspiracy**

5  1.      The object of the conspiracy was for CAMERON BRANDON SHEA,

6  KALEB J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN

7  GARZA to threaten journalists and advocates who have worked to expose anti-Semitism,

8  particularly Jews and other minorities, with the intent to cause fear of bodily harm,

9  harass, intimidate, and retaliate against reporting unfavorable to the Atomwaffen

10  Division, a neo-Nazi group.

11  **B. Manner and Means of the Conspiracy**

12  2.      It was part of the conspiracy that KALEB J. COLE and CAMERON

13  BRANDON SHEA helped to create threatening posters, which included a poster of a

14  person in a skull mask holding a Molotov cocktail in front of a house, another depicting

15  people in skull masks holding guns with the messages "These People Have Names and

16  Addresses" and "Death to Pigs," and another littered with swastikas with the message,

17  "We Know Where You Live."  All three posters contained a place for the recipient's

18  personal information, including their home address, and warned "You Have Been Visited

19  By Your Local Nazis."

20  3.      It was part of the conspiracy that CAMERON BRANDON SHEA, KALEB

21  J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA

22  conducted research online to identify journalists and advocates to threaten, specifically

23  targeting Jews and other minorities.

24  4.      It was part of the conspiracy that CAMERON BRANDON SHEA, KALEB

25  J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA

26  compiled the home addresses and other personal information for the above-mentioned

27  journalists and advocates, using online sources.

28

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     5.    It was part of the conspiracy that CAMERON BRANDON SHEA, KALEB

2 J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA

3 planned and plotted to threaten the above-mentioned journalists and advocates through

4 online communications among themselves and others.

5     6.    It was part of the conspiracy that CAMERON BRANDON SHEA, KALEB

6 J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA

7 agreed to mail the threatening posters to the journalists and advocates, and to affix the

8 posters on their residences.

9     7.    It was part of the conspiracy that CAMERON BRANDON SHEA, KALEB

10 J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA

11 took steps to hide and conceal their actions, including using an encrypted chat service and

12 wearing disguises during the operation.

13 **C. Overt Acts**

14     8.    During and in furtherance of the conspiracy, at King County, within the

15 Western District of Washington, and elsewhere, one or more of the conspirators

16 committed one or more of the following overt acts, among others:

17     a.    In December 2019, KALEB J. COLE helped create a collection of

18 threatening posters that were designed to threaten bodily harm, intimidate, harass, and

19 retaliate against reporters and advocates, particularly Jews and other minorities.

20     b.    On or about January 25, 2020, CAMERON BRANDON SHEA

21 purchased stamps and packaging tape, and mailed threatening posters to a reporter and

22 two individuals associated with the Anti-Defamation League.

23     c.    On or about January 25, 2020, TAYLOR ASHLEY PARKER-

24 DIPEPPE affixed a threatening poster on a residence that he believed belonged to a

25 journalist.

26     d.    On or about January 25, 2020, JOHNNY ROMAN GARZA and

27 another individual affixed a threatening poster on the home of an editor of a local Jewish

28 publication.

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     All in violation of Title 18, United States Code, Section 371.

2                 **COUNT 2**

3        **(Mailing Threatening Communications)**

4     On or about January 25, 2020, at King County, within the Western District of

5 Washington, and elsewhere, CAMERON BRANDON SHEA, KALEB J. COLE,

6 TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA knowingly

7 and willfully did deposit in an authorized depository for mail matter, to be sent and

8 delivered by the Postal Service, and knowingly caused to be delivered by the Postal

9 Service according to the directions thereon, a communication, addressed to Victim #1, a

10 news reporter, and containing a threat to injure Victim #1.

11     The Grand Jury further alleges that this offense was committed during and in

12 furtherance of the conspiracy charged in Count 1, above.

13     All in violation of Title 18, United States Code, Section 876(c).

14                 **COUNT 3**

15        **(Mailing Threatening Communications)**

16     On or about January 25, 2020, at King County, within the Western District of

17 Washington, and elsewhere, CAMERON BRANDON SHEA, KALEB J. COLE,

18 TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA knowingly

19 and willfully did deposit in an authorized depository for mail matter, to be sent and

20 delivered by the Postal Service, and knowingly caused to be delivered by the Postal

21 Service according to the directions thereon, a communication, addressed to Victim #2, a

22 person associated with the Anti-Defamation League, and containing a threat to injure

23 Victim #2.

24     The Grand Jury further alleges that this offense was committed during and in

25 furtherance of the conspiracy charged in Count 1, above.

26     All in violation of Title 18, United States Code, Section 876(c).

27

28

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

## COUNT 4
### (Mailing Threatening Communications)

On or about January 25, 2020, at King County, within the Western District of Washington, and elsewhere, CAMERON BRANDON SHEA, KALEB J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA knowingly and willfully did deposit in an authorized depository for mail matter, to be sent and delivered by the Postal Service, and knowingly caused to be delivered by the Postal Service according to the directions thereon, a communication, addressed to Victim #3, a person associated with the Anti-Defamation League, and containing a threat to injure Victim #3.

The Grand Jury further alleges that this offense was committed during and in furtherance of the conspiracy charged in Count 1, above.

All in violation of Title 18, United States Code, Section 876(c).

## COUNT 5
### (Interference with Federally Protected Activity)

On or about January 25, 2020, at King County, within the Western District of Washington, and elsewhere, CAMERON BRANDON SHEA, KALEB J. COLE, TAYLOR ASHLEY PARKER-DIPEPPE, and JOHNNY ROMAN GARZA, by threat of force, willfully intimidated and interfered with, and attempted to intimidate and interfere with, Victim #2, a Jewish woman associated with the Anti-Defamation League, because of Victim #2's religion and because she was and had been enjoying employment, and the perquisites thereof, by a private employer.

The Grand Jury further alleges that the offense involved the threatened use of a dangerous weapon, explosives, and fire.

//

//

UNITED STATES ATTORNEY
700 STEWART STREET, STE. 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1    The Grand Jury further alleges that this offense was committed during and in

2  furtherance of the conspiracy charged in Count 1, above.

3    All in violation of Title 18, United States Code, Section 245.

4

5                                    A TRUE BILL:

6                                    DATED:   8/5/2020

7

8                                    (Signature of Foreperson redacted pursuant to
                                     the policy of the Judicial Conference of the
9                                    United States)

10

11                                   FOREPERSON

12

13

14  BRIAN T. MORAN
    United States Attorney

15

16

17  TODD GREENBERG
    Assistant United States Attorney

18

19

20  THOMAS M. WOODS
    Assistant United States Attorney

21

22

23

24

25

26

27

28

Superseding Indictment/SHEA et al. - 6