|  |  |
|---|---|
|  | The Honorable John C. Coughenour |

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>CAMERON SHEA, *et al.*,<br><br>                Defendants. | NO. CR20-032JCC<br><br>GOVERNMENT'S SECOND MOTION REQUESTING CONTINUANCE OF TRIAL DATE<br><br>Noted: September 25, 2020 |

       The United States of America, by and through Brian T. Moran, United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully submits motion to continue trial.

       On April 15, 2020, the Court continued the trial, and set a status conference for June 2, given the COVID-19 pandemic. The Court has subsequently continued the status conference multiple times, with the conference now scheduled for October 20, 2020.

       The Court should issue the attached order excluding all time under the Speedy Trial Act from June 2 through October 20, 2020. As outlined in the recent General Order, the Seattle and Tacoma courthouses remain closed through October 5, 2020. *See* General Order 13-20. The Court concluded that "[l]imiting the size and frequency of gatherings remains critical to preventing serious injury and death from COVID-19," and that "the guidance of local and national public health officials continues to require the Courthouses to remain

Motion to Continue Trial
*United States v. Shea, et al.*, CR20-032JCC – 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

closed." *Id.* at 2. Moreover, although efforts are being made to arrive at a plan for proceeding with jury trials in a manner that will address ensure the safety of all participants, that work is still on-going and recent surveys suggest it would still be difficult to get a fair cross section of the community to participate in a jury trial.

In light of these circumstances, the Court should exclude all time from June 5, 2020, the date of the last continuance order, until October 20, 2020, the date of the current status conference. At the status conference, the Court should set a new trial and pretrial motions date.

Dated this 8th day of September, 2020.

Respectfully submitted,

BRIAN T. MORAN
United States Attorney

*/s/ Thomas M. Woods*
THOMAS M. WOODS
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-3903

Motion to Continue Trial
*United States v. Shea, et al.*, CR20-032JCC – 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

*/s/ Salee Porter*
SALEE PORTER
Paralegal
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone:  (206) 553-4345
Fax:     (206) 553-4440
E-mail:  Salee.Porter@usdoj.gov

Motion to Continue Trial
*United States v. Shea, et al.*, CR20-032JCC – 3

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970