The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CAMERON BRANDON SHEA, <br><br> Defendant. | No. CR20-032-JCC <br><br> UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA HEARING BY TELECONFERENCING <br><br> Noted: March 26, 2021 |

**I.    Introduction**

Mr. Shea moves this Court for an order finding that a telephonic guilty plea hearing should take place as soon as practical because further delays in the ultimate sentencing in this case would result in "serious harm to the interests of justice." *See* General Orders 15-20 (10/2/20) and 04-20 (3/30/20).

Mr. Shea consents to a telephonic proceeding. The government does not object to this motion.

**II.    This Court should order that an audio or telephonic plea hearing take place.**

This case is scheduled to begin trial on September 20, 2021. Proceeding with a remote guilty plea will aid the efficient administration of justice by clearing the court calendar of trials during the shutdown brought about by the COVID-19 epidemic.

Mr. Shea has an interest in resolving his case and moving forward to sentencing. If Mr. Shea's plea is postponed until the Court is able to take in-person guilty pleas, his

UNOPPOSED MOTION TO PROCEED WITH GUILTY
PLEA HEARING BY TELECONFERENCING
(*Cameron Shea*, CR20-032-JCC) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington 98101
(206) 553-1100

ability to move forward with this resolution, his sentencing, and the certainty provided by the conclusion of his criminal case would be unnecessarily delayed.

### III. Conclusion

For the above reason, the Court should order that a teleconference plea hearing be scheduled because further delays in the ultimate sentencing in this case would result in "serious harm to the interests of justice." *See* General Order No. 40-20 (3/30/20).

DATED this 26th day of March, 2021.

Respectfully submitted,

s/ *Gregory T. Murphy*
Assistant Federal Public Defender
Attorney for Cameron Shea

UNOPPOSED MOTION TO PROCEED WITH GUILTY
PLEA HEARING BY TELECONFERENCING
(*Cameron Shea*, CR20-032-JCC) - 2

**FEDERAL PUBLIC DEFENDER**
**1601 Fifth Avenue, Suite 700**
**Seattle, Washington 98101**
**(206) 553-1100**