THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>    v.<br><br>CAMERON BRANDON SHEA,<br><br>                Defendant. | CASE NO. CR20-0032-JCC<br><br>ORDER |

This matter comes before the Court on Defendant's unopposed motion to proceed with a guilty plea hearing by teleconference (Dkt. No. 172). Having thoroughly considered the motion and the relevant record, the Court hereby GRANTS the motion for the reasons explained herein.

Defendant is charged with conspiracy to mail threatening communications and to commit cyberstalking; conspiracy to mail threatening communications, to commit stalking, and to interfere with federally protected activities; mailing threatening communications; and interference with federally protected activity. (Dkt. No. 94.) Defendant indicates that the parties have reached a plea agreement and he seeks to move forward and resolve this matter without delay. (Dkt. No. 172 at 1–2.) Due to the ongoing health risks posed by the COVID-19 pandemic, absent limited exceptions, in-person proceedings will not resume in this District until at least July 1, 2021. *See* W.D. Wash. General Order No. 04-21 at 2. As a result, the Court may conduct a felony plea hearing by telephonic or video conference if the defendant consents and the Court

1  finds that the plea hearing cannot be further delayed without serious harm to the interests of
2  justice. *See* Coronavirus Aid, Relief, and Economic Security (CARES) Act, Pub. L. No. 116-
3  136, §§ 15002(b)(2)(A), (b)(4), 134 Stat. 281, 528–29 (2020); W.D. Wash. General Order Nos.
4  06-21 17-20, 14-20, 04-20. Here, Defendant has a strong interest in the speedy resolution of this
5  matter and the Court finds that delaying Defendant's guilty plea hearing, and therefore his
6  sentencing, despite having already reached a plea agreement with the Government, would cause
7  serious harm to the interests of justice.
8        For the foregoing reasons, the Court GRANTS Defendant's motion to proceed with a
9  guilty plea hearing by video conference (Dkt. No. 172). The Court ORDERS that Defendant's
10 guilty plea hearing before a Magistrate Judge be set as soon as practicable and be conducted by
11 video or telephonic conference. The Court DIRECTS the Magistrate Judge to establish a record
12 of Defendant's consent to proceed remotely at the hearing.
13       DATED this 26th day of March 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE