|   |   |
|---|---|
| | MAGISTRATE JUDGE MARY ALICE THEILER |

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR21-032JCC |
| Plaintiff, | |
| v. | REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY |
| CAMERON SHEA, | |
| Defendant. | |

The defendant, by consent, has appeared before me pursuant to Rule 11, Fed. R. Crim. P., and has entered a plea of guilty to the charge contained in Counts 1 and 5 of the Superseding Indictment. After examining the defendant under oath, I determined that the guilty plea was knowingly, intelligently, and voluntarily made, and that the offense charged is supported by an independent basis in fact containing each of the essential elements of such offense.

I therefore ordered a presentence report. Subject to the Court's consideration of the Plea Agreement pursuant to Fed. R. Crim. P. 11(c)(1)(B), I recommend that the defendant be adjudged guilty and have sentence imposed.

DATED this ___7th___ day of April, 2021.

_____
MARY ALICE THEILER
United States Magistrate Judge

## NOTICE

Objections to this Report and Recommendation are waived unless filed and served within fourteen (14) days. 28 U.S.C. § 636(b)(1)(B).

REPORT AND RECOMMENDATION
*United States v. Cameron Shea*
CR20-032JCC - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970