## Gregory Murphy

**From:** SHEA CAMERON BRANDON (49547086)
**Sent Date:** Monday, August 16, 2021 8:36 PM
**To:** gregory_murphy@fd.org
**Subject:** Letter

Honorable Judge Coughenour,

I would like to open this by saying that the person that is writing this letter to you now is not the same person that was arrested on February 26th, 2020. I have thought about my actions and what led up to them, and the insight that I've gained has changed my outlook and character.

First and foremost, I apologize for my crimes and regret them wholeheartedly. If I could take them back, I would. I lacked control of my emotions; I was angry about my friend Kaleb being harassed, and was afraid that I and my family at some point would also be harassed. I wanted my victims to feel what we felt, but I now understand that this was an immature way of thinking and was completely irresponsible. I did not consider, for example, that the letters I sent would also frighten the families and children of my victims. I cannot put into words the guilt that I feel about this fear and pain that I caused; I wish I could take it all back.

When I started looking into the neo-nazi movement, I was at a very difficult point in my life; I was homeless, struggling with addiction, had just lost funding for my schooling, and a close friend of mine had recently passed away. I was lost, sad, and (at the risk of sounding dramatic) angry at the world. Instead of taking responsibility for my situation, I decided to blame other people and society, choosing to adopt a worldview that was contrary to everything considered morally acceptable as a way to lash out. Although I didn't know it at the time, this was my rock bottom. Choosing to lash out and feel angry at everything was easier than addressing the sadness and sense of displacement beneath it all. I have since realized that I need serious help with my emotional and mental issues, and have sought help while in custody, and will continue to seek help once released .

Since my incarceration, I have repaired my relationship with my family. I never considered how these actions would effect them, and feel deeply guilty about this as well. I am extremely grateful that they have remained supportive of me through this even with how my actions have effected them, and want nothing more than to be with them again. Although things at one point were far from perfect between us, what I chose to do with my life is not their fault; I only want to move forward and continue to heal with them.

I also have had time to reflect on the role of the media in society, and denounce my previous opinions regarding the media that I had once voiced; the media is crucial

in holding both institutions and individuals accountable to society, and bringing to light things the people ought to know. The only reason I disliked the media was because I was partaking in things I didn't want to be known to the public, because on some level I knew the things I was involved in were wrong.

Upon my release, I plan to go back to school for field biology and ecology. I want to contribute meaningfully to society from this point forward, and have always had a passion for the sciences. At one point, I was working a graveyard night-stocking shift and then going to school immediately afterward until the afternoon; I plan return to that work ethic. While incarcerated, I have read up on options for funding my education, and am ready to begin working and studying diligently upon release.

My time in custody has given me a lot of time to reflect on my life, actions, and plans going forward. I t has also changed my views on everything. Myself and many other inmates in my unit also caught COVID. During the ensuing lockdowns, we worked together on unit chores, and helping Latino inmates contact organizations that could help them stay in contact with their families and supportive legal entities.

It was a horrible period, but we all came together to help each other. Now, I play soccer with the Latino inmates daily. My cellmate for a few months was Native American. A group of African-American inmates and I often talk about our cases, and work together to write up motions for the Court.

I would like to close this letter by emphasizing that the person who is writing this letter to you now is not the same person that was arrested in February of 2020. I have had a lot of time to reflect on my actions, and how they affected others, and what I want to do with my life going forward. I apologize for all the pain I have caused , and humbly ask that I be given a second chance at leading a productive, positive, and quiet life.

Thank you for your time.

Sincerely yours,

Cameron Brandon Shea