The Honorable John C. Coughenour

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CAMERON SHEA,<br><br>Defendant. | NO. CR20-032JCC<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States of America, by and through Tessa M. Gorman, Acting United States Attorney for the Western District of Washington, and Thomas M. Woods, Assistant United States Attorney for said District, respectfully submits this memorandum in connection with Cameron Shea's upcoming sentencing.

## **INTRODUCTION**

Shea was one of the two leaders of a plot to target journalists and activists, particularly those who were Jews and other minorities.  In the middle of the night, the members of the plot affixed to the victims' homes frightening posters that included threats of violence.  Some of the posters were also mailed to the individuals at their homes.  As one co-conspirator put it, the plot was designed to "*have them all wake up one morning and find themselves terrorized by targeted propaganda.*"

1    In addition to introducing the plot, and helping to organize it, Shea mailed letters
2    to two persons affiliated with the Anti-Defamation League and a news journalist.  Shea's
3    conduct, however, extended beyond the mere actions that he carried out.  He participated
4    in the conspiracy with enthusiasm.  He cheered on other participants, and encouraged
5    them to identity additional victims to target.  He recruited members for Atomwaffen.
6    And he repeatedly encouraged and glorified hate.

7    Shea stands in sharp contrast to the other two defendants to appear before this
8    Court.  His conduct is far more egregious than Johnny Garza, who the Court sentenced to
9    16 months, or Taylor Parker-Dipeppe, who was sentenced to time served.  Neither Garza
10   nor Parker-Dipeppe were leaders or organizers—they were each responsible for a single
11   poster.  Moreover, Shea lacks the extraordinary personal circumstances that Parker-
12   Dipeppe presented.

13   For these reasons, and as further set forth below, the government believes that a
14   sentence at the low end of the advisory Guidelines range, 51 months, is appropriate.

## **BACKGROUND**

16   In November 2019, Cameron Shea, using the moniker Krokodil, launched
17   Operation Erste Säule.  Shea was a member of Atomwaffen Division ("AWD"), a white
18   supremacist group that has been responsible for several acts of violence, and for
19   promoting hate against Jews and other minorities.  Shea invited fellow AWD members to
20   this chat group to collaborate and coordinate an effort to deliver threatening messages to
21   journalists' homes and other places.  *Id.*  Shea described the operation as such:

Government's Sentencing Memorandum - 2
*United States v. Shea*, CR20-032JCC

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22

> **Krokodil**
>
> Also, I wanted to run this by you: we're coordinating this nation wide operation called Operation Erste Säule, named after the first pillar of stat power, AKA the media. We will be postering journalists houses and media buildings to send a clear message that we too have leverage over them, and that we aren't scared of their articles or public defamation.
>
> The goal, of course, is to erode the media/states air of legitimacy by showing people they have names and addresses, and hopefully embolden others to act as well. Do you have anyone in the East Coast Alumni who would be willing to partake?

23
24
25
26
27
28

    As part of the operation, each participant was directed to identify, research, and locate journalists in their area.  She coordinated with Kaleb Cole to collect addresses from AWD members, directing members to send victim information to an encrypted email address:

Government's Sentencing Memorandum - 3
*United States v. Shea*, CR20-032JCC



Shea cheered on members and encouraged them to participate:



Government's Sentencing Memorandum - 4
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17



Shea encouraged the group to implement the operation on a single night, stating:

18
19
20
21
22
23
24
25
26
27
28

Government's Sentencing Memorandum - 5
*United States v. Shea*, CR20-032JCC

1        Shea encouraged members to take steps to avoid being caught by law

2 enforcement.  He advised the group:



**Krokodil**

And wear medical gloves when handling all materials, make sure both the destination and return address (if you're dumb enough to add one) are printed on paper and cut out + taped onto envelope, no hand writing allowed.; when sealing the envelope, use a q–tip dipped in water instead of your tongue, unless you want the FBI to have your DNA

Little things man, little things. Study how others were caught and improve on their techniques

He further advised the group:

Government's Sentencing Memorandum - 6
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

**KROKODIL** PINGED ✳

Alright gentlemen, as a reminder, the operation shall be undertaken on the night of Saturday the 25th, in 4 days. Please take the necessary precautions to avoid leaving evidence, both forensic and physical.

If you are caught, remember: say nothing, at all. Plead the 5th amendment, don't talk to the police about anything, let your lawyer do the talking. Because of fedwaffen's attempted open sourcing of the AW brand, we have plausible deniability.

I'm looking forward to seeing all your guys' work, I have total faith in all of you, which is why you were all selected for this historic operation. Sieg heil gentlemen, good luck out there!

In late January, Shea mailed letters to two people associated with the Anti-Defamation League, and a news reporter who had reported on AWD.  The letters each contained one of the following posters:

Government's Sentencing Memorandum - 7
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970





The bottom portion of the posters contained the victims' personal information, which was designed to further frighten and threaten the victims. In addition, co-conspirators delivered posters to victims in Florida and Arizona as well.

## PLEA AGREEMENT

Shea pleaded guilty in a timely fashion to Count 1 of the Superseding Indictment, which charges him with Conspiracy to Mail Threatening Communications, to Commit Cyberstalking, and to Interfere with Federally Protected Activities, in violation of Title

18, United States Code, Section 371.  Shea also pleaded guilty to Count 5, which charged

him with a substantive count of Interfering with Federally Protected Activities, in

violation of Title 18, United States Code, Section 245.  The plea agreement contains no

agreements as to the Sentencing Guidelines or sentencing recommendations.  The plea

agreement also does not contain a waiver of appeal.

## SENTENCING GUIDELINES

There does not appear to be any dispute as to the Sentencing Guidelines.  The total

offense level scores as follows:

| | |
|---|---|
| Base (2A6.2) | 18 |
| Threatened use of a dangerous weapon, *i.e.*, a Molotov cocktail (2A6.2(b)(1)) | +2 |
| Hate crime motivation (3A1.1) | +3 |
| Organizer of five or more individuals (3B1.1) | +4 |
| Acceptance of responsibility | -3 |
| Total: | 24 |

Shea does not have any criminal history, and thus is category I.  His range is

therefore 51-63 months.

## SECTION 3553 ANALYSIS

Shea deliberately targeted Jews and other minorities, along with reporters, with the

goal of instilling fear.  Shea did not simply "mail posters."  Rather, the defendant wanted

the victims to feel unsafe in their own homes.  The defendant exploited the fear that many

Jews, Blacks, and other minorities feel.  The defendant knew that the victims of this plot

did not have the liberty of treating the posters as an empty threat—not when the news is

full of horrible event after event, whether it be the Pittsburgh synagogue shooting, the El

Paso Walmart rampage, or the Charleston church massacre.  And that fear was not

limited to the specific individuals and their families who received posters.  As Shea well

knew, it was felt by their fellow community members, both locally and nationally.

Government's Sentencing Memorandum - 9
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

In addition, Shea repeatedly displayed enthusiasm for hate.  When someone posted about a mass shooting at a synagogue, and that only one person died, Shea replied that it was "better than nothing:"



When an AWD member said that he had postered bus shelters, Shea expressed encouragement for making people fearful:

Government's Sentencing Memorandum - 10
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

> I hit a ton of bus-stop shelters
>
> None of them are there, so, job well done!
>
> Unfortunately flyering doesn't do too much more than give media something to use to make money
>
> And let people know that the boogieman is still under the bed
>
> **Krokodil**
>
> Well, letting them know the boogieman is still there is important

And he relished a leadership role in the organization, helping to recruit members:



The government acknowledges that Shea's upbringing was traumatic, and that he undoubtedly sought misplaced companionship online.  The government also

Government's Sentencing Memorandum - 11
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

1  acknowledges that Shea, through his counsel, renounced AWD early in this case, and that

2  he promptly pleaded guilty, accepting responsibility for his actions.

3         However, in light of the very serious nature of his conduct, and the fact that this

4  type of crime has enormous effects, particularly in the current environment, the

5  government believes that a Guidelines sentence of 51 months is warranted, to be followed

6  by three years of supervised release.

7

8         Dated this 17th day of August, 2021.

9                                          Respectfully submitted,

10

11                                         TESSA M. GORMAN
                                           Acting United States Attorney

12
                                           *s/ Thomas M. Woods*
13                                         THOMAS M. WOODS
                                           Assistant United States Attorney
14                                         United States Attorney's Office
15                                         700 Stewart Street, Suite 5220
                                           Seattle, Washington 98101-3903
16

17

18

19

20

21

22

23

24

25

26

27

28

Government's Sentencing Memorandum - 12
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970