The Honorable John C. Coughenour

1

2

3

4

5

6

7

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9

10    UNITED STATES OF AMERICA,                NO. CR20-032 JCC

11                          Plaintiff,

12                 v.                          **GOVERNMENT'S OPPOSITION TO
                                               DEFENDANT'S MOTION FOR
13    CAMERON SHEA,                            EARLY TERMINATION**

14                          Defendant.

15

16        Shea moves for early termination of supervision a little more than two years into

17    his three-year term.  By all accounts, Shea has done very well on supervision.  Officer

18    James has only positive things to say about Shea's performance on supervision.  And the

19    government is not aware of any misconduct by Shea.

20        The motion should nonetheless be denied.  Shea's criminal behavior was

21    longstanding and incredibly serious.  He was one of the two leaders of the plot to target

22    journalists and activists at their homes with personalized posters that threatened violence

23    in the name of Atomwaffen.  Shea mailed three posters himself—one to a local journalist,

24    and two to individuals affiliated with the Anti-Defamation League.  Shea's conduct,

25    however, extended beyond the mere actions that he carried out.  As the Court observed,

26    he participated in the conspiracy with enthusiasm.  He cheered on other participants, and

27

1  encouraged them to identity additional victims to target.  He recruited members for

2  Atomwaffen.  And he repeatedly encouraged and glorified hate.

3       Shea used the moniker "Krokodil" during the scheme.  He announced the scheme

4  to his fellow Atomwaffen members:

**Krokodil**

Also, I wanted to run this by you: we're coordinating this nation wide operation called Operation Erste Säule, named after the first pillar of stat power, AKA the media. We will be postering journalists houses and media buildings to send a clear message that we too have leverage over them, and that we aren't scared of their articles or public defamation.

The goal, of course, is to erode the media/states air of legitimacy by showing people they have names and addresses, and hopefully embolden others to act as well. Do you have anyone in the East Coast Alumni who would be willing to partake?

Government's Opposition to Early Termination - 2
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

He repeatedly encouraged his fellow members to identify journalists and activists to target:





Shea encouraged the group to implement the operation on a single night, stating:



Shea encouraged members to take steps to avoid being caught by law enforcement. He advised the group:



Government's Opposition to Early Termination - 4
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

1  He further advised the group:



**KROKODIL** PINGED ❄

Alright gentlemen, as a reminder, the operation shall be undertaken on the night of Saturday the 25th, in 4 days. Please take the necessary precautions to avoid leaving evidence, both forensic and physical.

If you are caught, remember: say nothing, at all. Plead the 5th amendment, don't talk to the police about anything, let your lawyer do the talking. Because of fedwaffen's attempted open sourcing of the AW brand, we have plausible deniability.

I'm looking forward to seeing all your guys' work, I have total faith in all of you, which is why you were all selected for this historic operation. Sieg heil gentlemen, good luck out there!

//
//

Government's Opposition to Early Termination - 5
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

1         In addition, Shea repeatedly displayed enthusiasm for hate.  When someone posted

2    about a mass shooting at a synagogue, and that only one person died, Shea replied that it

3    was "better than nothing:"



Government's Opposition to Early Termination - 6
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

When an AWD member said that he had postered bus shelters, Shea expressed encouragement for making people fearful:



I hit a ton of bus-stop shelters

None of them are there, so, job well done!

Unfortunately flyering doesn't do too much more than give media something to use to make money

And let people know that the boogieman is still under the bed

Krokodil

Well, letting them know the boogieman is still there is important

And he relished a leadership role in the organization, helping to recruit members:

Krokodil

Do we have any cells in or near Tennessee? Interviewing a prospect here

8:06 PM

Government's Opposition to Early Termination - 7
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970

1   The government does not mean to diminish the strides that Shea has taken since he

2   was arrested.  But those strides occurred on a backdrop that could not be more serious.

3   To ensure the continued rehabilitation of Shea, and the protection of the community,

4   Shea should serve his full term of supervision.

5

6   Dated this 10th day of December, 2024.

7                                                    Respectfully submitted,

8                                                    TESSA M. GORMAN
                                                     United States Attorney
9
                                                     *s/ Thomas M. Woods*
10                                                   THOMAS M. WOODS
11                                                   Assistant United States Attorney
                                                     United States Attorney's Office
12                                                   700 Stewart Street, Suite 5220
13                                                   Seattle, Washington 98101-3903
                                                     Tel: 206-553-7970
14                                                   thomas.woods2@usdoj.gov

15

16

17

18

19

20

21

22

23

24

25

26

27

Government's Opposition to Early Termination - 8
*United States v. Shea*, CR20-032JCC

UNITED STATES ATTORNEY
700 STEWART ST., SUITE 5220
SEATTLE, WA 98112
206-553-7970