THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR20-032-JCC-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | (~~PROPOSED~~) ORDER FOR |
| v. | ) | TERMINATION OF SUPERVISED |
| | ) | RELEASE |
| CAMERON B. SHEA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

THE COURT has considered Cameron Shea's motion to terminate his remaining period of supervised release (**Dkt. No. 294**), the records in this case, and the factors set forth in 18 U.S.C. § 3553(a).

IT IS ORDERED that Cameron Shea's term of supervised release be terminated pursuant to 18 U.S.C. § 3583(e).

DATED this 26th day of December 2024.

*John C Coughenour*

_____
JOHN C. COUGHENOUR
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Gregory Murphy*
Assistant Federal Public Defender
Attorney for Cameron Shea

ORDER FOR TERMINATION OF
SUPERVISED RELEASE
(*United States v. Shea*, CR20-032-JCC-1) - 1